# 1142

First Department. May 6, 1898.) Action by James W. Fox and others against Franz O. Matthieson. J. M. Hunt, for appellants. E. Root, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FOX v. WEISS. (Supreme Court, Appellate term. July 1, 1898.) Action by Isaac Fox against Aaron Weiss. A. B. Schleimer, for defendant.

PER CURIAM. The appellant herein was one of the tenants in the premises known as "75 Eldridge Street," in this city, at the time the respondent, Isaac Fox, took summary proceedings to recover the possession of the said premises from Katie Held. This appeal presents for determination the same question of law that was raised by the petition and answer in that case. Aaron Weiss and Katie Held were tenants in the same building, at the same time, and enjoyed identical rights. For the reasons stated in the opinion filed in the case of Fox v. Held, 52 N. Y. Supp. 724, the final order herein should be reversed, and a new trial granted, with costs to the appellant to abide the event.

GENET, Respondent, v. PRESIDENT, ETC., DELAWARE & H. C. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Augusta G. Genet against the president, etc., of the Delaware & Hudson Canal Company. F. E. Smith, for appellant. G. C. Genet, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 43 N. Y. Supp. 589, and 51 N. Y. Supp. 377.

GIBBONS et al., Respondents, v. BUSH CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1898.) Action by Michael Gibbons and Richard Gibbons against the Bush Company, Limited. No opinion. Order affirmed, with $10 costs and disbursements. See 47 N. Y. Supp. 1136.

GILBERT et al., Respondents, v. WARREN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Alexander Gilbert and another against Charles J. Warren and another. I. D. Warren, for appellants. J. H. Choate, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 46 N. Y. Supp. 489.

In re GILMARTIN. (Supreme Court, Appellate Division, First Department. May 6, 1898.) In the matter of Johanna Gilmartin. No opinion. Order affirmed, with $10 costs and disbursements.

GLUCK v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by John Gluck against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs. See 51 N. Y. Supp. 1142.

GODLEY et al., Respondents, v. KERR SALT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Lester M. Godley and others against the Kerr Salt Company. No opinion. Motion for reargument denied. Motion for leave to appeal to court of appeals denied, with $10 costs. All concur, except GREEN, J., not voting.

GOLDMAN, Appellant, v. GOLDMAN, Respondent. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Ray Goldman against Morris Goldman. Z. Kurzman, for appellant. C. L. Hoffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GRAVES ELEVATOR CO., Appellant, v. GATES et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by the Graves Elevator Company against Benjamin Gates and others. No opinion. Judgment affirmed, with costs.

GRAY, Appellant, v. ONEIDA COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Elizabeth Gray against Oneida county. No opinion. Judgment affirmed, without costs.

GRIFFIN v. WEED. (Supreme Court, Appellate Division, Third Department. May 17, 1898.) Action by Bartlett B. Griffin against Edwin A. Weed. No opinion. Motion to resettle the order granted. Order resettled as proposed by the appellant. See 48 N. Y. Supp. 112.

In re HAIRE. (Supreme Court, Appellate Division, First Department. May 13, 1898.) In the matter of Robert J. Haire. No opinion. Reference ordered.

HAIRE, Appellant, v. SAGER MFG. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by James R. Haire against the Sager Manufacturing Company. No opinion. Judgment and order affirmed, with costs.

HAMILTON, Appellant, v. AMERICAN VOTE REGISTERING MACH. CO., et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.) Action by Arthur S. Hamilton against the American Vote Registering Machine Company and the United States Voting Machine Company. No opinion. Motion denied, with $10 costs. See 49 N. Y. Supp. 595.

HANSEN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 24, 1898.) Action by George Henry Hansen, an infant, by Oscar Hansen, his guardian ad litem, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HARRIS v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Harry B. Harris against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs. See 49 N. Y. Supp. 1137.